UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Joseph Duron
                        Plaintiff,

v.                                                            Case No.: 1:18−cv−06479
                                                                      Honorable Martha M. Pacold

Unifocus (Texas), L.P., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 10, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Telephone ruling on the pending motions for class certification, [141], to exclude, [180], and for summary judgment, [181], held on 12/10/2024. For the reasons stated on the record, plaintiff';s motion for class certification, [141], is denied; defendant's Daubert motion to exclude the opinions and testimony of plaintiff's proffered expert Joseph Caruso, [180], is taken under advisement; and defendant's motion for summary judgment, [181], is granted in part and denied in part. The parties are directed to file a joint status report by 1/16/2025 proposing dates for a Daubert hearing and anything else they would like to raise with the court. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.